**Order filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00733-CR

_____

**HECTOR  RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1677479**

## ORDER

The reporter's record in this case was due December 6, 2022.  *See* Tex. R. App. P. 35.1.  The clerk's record reflects the trial court signed an order on October 7, 2022, finding appellant indigent and ordering the court reporter to prepare and file the reporter's record without charge to appellant.

The court has not received a request to extend time for filing the record.  The record has not been filed with the court. Accordingly, we order Michelle Tucker,

the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.